# United States District Court
## Southern District of Georgia

DEXTER SHAW,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV614-048

ROBERT TOOLE; DEPUTY WARDEN JOHN PAUL; and MILTON SMITH,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 24, 2015. the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Defendants' motion to dismiss is GRANTED, this civil action stands CLOSED and judgment is hereby ENTERED in favor of the Defendants.

August 24, 2015
Date

Scott L. Poff
Clerk

(By) Deputy Clerk