IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| DEXTER SHAW, | |
| Plaintiff, | CIVIL ACTION NO.: 6:14-cv-48 |
| v. | |
| ROBERT TOOLE; DEPUTY WARDEN JOHN PAUL; and MILTON SMITH, | |
| Defendants. | |

## O R D E R

Before the Court is the Report and Recommendation of the Magistrate Judge, (doc. 77), to which Objections have been filed, (doc. 81). After an independent and de novo review of the entire record of this case, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Report and Recommendation as the opinion of the Court.

Therefore, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Plaintiff leave to appeal *in forma pauperis*.

**SO ORDERED**, this ___13th___ day of January, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA